[No. 14766-5-III.    Division Three.    April 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON PAUL RATHBONE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01519-3, Thomas E. Merryman, J., entered March 20, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14933-1-III.    Division Three.    April 1, 1997.]

NORM L. BASE, ET AL., *Respondents*, v. KEN POTTENGER, ET AL., *Appellants*, VALLEY TITLE GUARANTEE, INC. OF YAKIMA, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-00489-1, Susan L. Hahn, J., entered May 12, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 15254-5-III.    Division Three.    April 1, 1997.]

LINDA ELIZABETH CARLSON, *Respondent*, v. BRUCE EDWARD DECHERT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 86-5-00175-0, Craig Matheson, J., entered September 25, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 15257-0-III.    Division Three.    April 1, 1997.]

MARGARET CANNON, ET AL., *Appellants*, v. JEAN BREEDEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-01096-9, Tari S. Eitzen, J., entered September 20, 1995. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.